

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00762-CR

Burnette Anthony **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 498981
Honorable Tommy Stolhandske, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 4, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice